**Jose Juan Montes PEREZ; et al., Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–73617.

United States Court of Appeals, Ninth Circuit.

Oct. 29, 2008.

Ashwani K. Bhakhri, Esquire, Burlingame, CA, for Petitioners.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Jocelyn Lopez Wright, Esquire, U.S. Department of Justice, Washington, DC, for Respondent.

Agency Nos. A078–368–870, A078–368–871.

Before: GRABER, FISHER and BERZON, Circuit Judges.

## ORDER

The memorandum disposition filed on May 2, 2008 is withdrawn. A replacement memorandum disposition will be filed concurrently with this order.

Petitioners' motion to accept the late petitions for panel rehearing and for rehearing en banc is granted and we instruct the Clerk to file the petition for panel rehearing and the petition for rehearing en banc received on July 18, 2008.

The panel has voted to deny the petition for panel rehearing.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R.App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.